WEISS & LURIE
Jordan L. Lurie  (130013)
Zev B. Zysman (176805)
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA 90024
Telephone:   (310) 208-2800
Facsimile:    (310) 209-2348

Attorneys for Plaintiff Derek Suzuki
and the Proposed Class


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Scott L. Watson (Bar No. 219147)
  scottwatson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant Hitachi Global
Storage Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK SUZUKI, on Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C 06-07289MHP<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: MEDIATION CUTOFF DATE |

20344/2220122.1

Case No. C 06-07289MHP
STIPULATION AND [PROPOSED] ORDER RE: MEDIATION CUTOFF DATE

1  WHEREAS, by order dated March 29, 2007, the Court set September 28, 2007 as the deadline for completion of mediation before a private mediator;

3  WHEREAS, following the Court's Order on Defendant's Motion to Dismiss and Motion to Strike, the parties engaged in settlement discussions;

5  WHEREAS, while the parties believe those discussions have been productive, they have been unable to resolve this matter in those informal settlement discussions and agreed to mediate before the Hon. Edward A. Infante (Ret.);

8  WHEREAS, the parties contacted JAMS and were informed that Judge Infante's first available date for mediation was October 17, 2007;

10  IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that this matter shall be mediated before Judge Infante on October 17, 2007.  By this stipulation, the parties respectfully request that the Court extend the time for mediation in this matter to permit the parties to mediate before Judge Infante.

DATED:  September 18, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Shon Morgan
Scott L. Watson


By      /s/ Scott L. Watson
    Scott L. Watson
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 443-3000
    Facsimile:   (213) 443-3100
    Attorneys for Defendant Hitachi Global Storage Technologies, Inc.

| | | |
|---|---|---|
| 1 | DATED: September 18, 2007 | WEISS & LURIE<br>Jordan L. Lurie<br>Zev B. Zysman |

By  /s/ Zev B. Zysman
Zev B. Zysman
10940 Wilshire Boulevard, 23rd Floor
Los Angeles, CA 90024
Telephone:   (310) 208-2800
Facsimile:    (310) 209-2348

Attorneys for Plaintiff Derek Suzuki
and the Proposed Class

1 **[~~PROPOSED~~] ORDER**

2       The parties shall have until October 31, 2007 to complete mediation of this

3 action.

4

5 DATED: September 19, 2007

6

7                         _____

8                         Honorable
                        United S



*IT IS SO ORDERED — Judge Marilyn H. Patel*